1
2
3
4
5
6
7
8                                  UNITED STATES DISTRICT COURT

9                                 EASTERN DISTRICT OF CALIFORNIA

10

11   QASEM MOSA AL-SHAIBI,                          1:09-cv-00363 WMW  (HC)

12              Petitioner,
                                                    ORDER DENYING MOTION FOR
13        vs.                                       APPOINTMENT OF COUNSEL

14   ATTORNEY GENERAL, et al.,
                                                    (DOCUMENT #3)
15              Respondents.

16   _____/

17         Petitioner is a federal prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C.

18   § 2241.  Petitioner has requested the appointment of counsel.  There currently exists no absolute

19   right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

20   479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

21   cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

22   of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

23   Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

24   justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

25   HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

26

27   IT IS SO ORDERED.

28   **Dated:    March 5, 2009                      /s/  William M. Wunderlich**

1                                    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28